# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DELIO PINA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-889-Orl-22KRS**

**CLEAN SWEEP OF ORLANDO, INC., and**
**HARRY COADY,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT (Doc. No. 17)**
>
> **FILED:** **November 14, 2005**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. The parties have reached a settlement agreement and seek court approval of that agreement. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages, or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

The settlement agreement submitted by the parties provides that the defendants will pay $5,000 for the FLSA claims, plus $4,000 in attorney's fees. Because the agreed payment with respect to the FLSA claims is the full amount sought by Plaintiff Delio Pina, I conclude that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA. Therefore, I respectfully recommend that the Joint Motion for Court Approval of Settlement Agreement be granted. The parties shall present a stipulated form of judgment to the Court as required by *Lynn's Foods*.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 17, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy