Case 6:05-cv-00889-ACC-KRS   Document 20   Filed 12/06/05   Page 1 of 2 PageID 64

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DELIO PINA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-889-Orl-22KRS**

**CLEAN SWEEP OF ORLANDO, INC., and HARRY COADY,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Motion for Court Approval of Settlement Agreement (Doc. No. 17) filed on November 14, 2005.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 17, 2005 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Court Approval of Settlement Agreement (Doc. No. 17) is **GRANTED**. This case is dismissed with prejudice.

3. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 6, 2005.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party